NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERNEST L. JARRETT, ERNEST L. JARRETT, P.C.,**
*Plaintiffs-Appellants*

**v.**

**DOMINIC ARCHIBALD,**
*Defendant-Appellee*

---

2026-1225

---

Appeal from the United States District Court for the Eastern District of Michigan in No. 2:24-cv-13223-BRM-DRG.

---

Before DYK, REYNA, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

Appellants Ernest L. Jarrett and Ernest L. Jarrett, P.C. brought suit in the United States District Court for the Eastern District of Michigan against a former client from a wrongful death suit alleging breach of contract, unjust enrichment, deprivation of attorney fees, conspiracy, breach of implied contract, and intentional infliction of emotional distress.  Appellants then filed an appeal directed to this court from the district court's final judgment

dismissing the complaint.  On January 22, 2026, this court directed the parties to show cause why this case should not be dismissed or transferred for lack of jurisdiction.  No party has responded.

This court's jurisdiction to review district court cases is generally limited to cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id*. § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," *id*. § 1346(a)(2), *see id*. § 1295(a)(2).  This case does not fall within that jurisdiction.  We conclude that transfer of the appeal to the United States Court of Appeals for the Sixth Circuit is appropriate under the circumstances.  *See* 28 U.S.C. §§ 41, 1291, 1294, 1631.

Accordingly,

IT IS ORDERED THAT:

This appeal and all case filings are transferred to the United States Court of Appeals for the Sixth Circuit.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 19, 2026
Date